

| Case Information Summary for Case Number |
|:---:|
| 2019-L-009338 |

Filing Date: 08/22/2019

Case Type: PERSONAL INJURY(MOTOR VEHICLE)

Division: Law Division

District: First Municipal

Ad Damnum: $50000.00

Calendar: D

## Party Information

**Plaintiff(s)**
LANEY ERNEST

**Attorney(s)**
DERATANY JAY PAUL
221 N LASALLE ST STE
CHICAGO IL, 60601
(312) 857-7285

**Defendant(s)**
DOE JOHN
LYFT INC
UBER TECHNOLOGIES
INC

**Defendant Date of Service**

**Attorney(s)**

WILSON ELSER
MOSKOWITZ
55 W MONROE 3800
CHICAGO IL, 60603
(312) 704-0550

## Case Activity

Activity Date: 08/22/2019

Participant: LANEY ERNEST

PERSONAL INJURY (MOTOR VEHICLE) COMPLAINT FILED (JURY DEMAND)

Court Fee: 600.50
Ad Damnum Amount: 50000.00

Attorney: DERATANY JAY PAUL

Activity Date: 08/27/2019

Participant: LANEY ERNEST

SUMMONS ISSUED AND RETURNABLE

Attorney: DERATANY JAY PAUL

Activity Date: 08/27/2019

Participant: LANEY ERNEST

ELECTRONIC NOTICE SENT

**Exhibit A**

Attorney: DERATANY JAY PAUL

Microfilm: LD000000000

Activity Date: 08/27/2019         Participant: LANEY ERNEST

### CASE MANAGEMENT DATE GENERATED

Date: 10/22/2019

Court Time: 1000

Activity Date: 10/22/2019         Participant: UBER

### FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Date: 11/19/2019         Judge: SHEAHAN, PATRICIA O'BRIEN

Activity Date: 10/22/2019         Participant: UBER

### CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 11/25/2019         Judge: SHEAHAN, PATRICIA O'BRIEN

Court Time: 0930

Activity Date: 11/19/2019         Participant: UBER TECHNOLOGIES, INC.

### APPEARANCE FILED - FEE PAID -

Court Fee: 251.00         Attorney: WILSON ELSER MOSKOWITZ

Activity Date: 11/19/2019         Participant: UBER TECHNOLOGIES, INC.

### BILL OF PARTICULARS FILED

Attorney: WILSON ELSER MOSKOWITZ

Activity Date: 11/25/2019         Participant: LANEY

### FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 12/30/2019         Judge: SHEAHAN, PATRICIA O'BRIEN

Activity Date: 11/25/2019         Participant: LANEY

### CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 12/30/2019         Judge: SHEAHAN, PATRICIA O'BRIEN

Court Time: 0900

Activity Date: 12/20/2019         Participant: LANEY ERNEST

AMENDED COMPLAINT FILED

Attorney: DERATANY JAY PAUL

Activity Date: 12/20/2019                              Participant: LANEY ERNEST

NOTICE OF FILING FILED

Attorney: DERATANY JAY PAUL

Activity Date: 12/30/2019                              Participant: UBER

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Date: 01/31/2020                    Judge: SHEAHAN, PATRICIA
                                           O'BRIEN

Activity Date: 12/30/2019                              Participant: LANEY

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 01/31/2020                    Judge: SHEAHAN, PATRICIA
Court Time: 0900                           O'BRIEN

Activity Date: 01/31/2020                              Participant: LANEY

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Date: 02/07/2020                    Judge: SHEAHAN, PATRICIA
                                           O'BRIEN

Activity Date: 01/31/2020                              Participant: UBER TECHNOLOGIES

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 02/14/2020                    Judge: SHEAHAN, PATRICIA
Court Time: 0900                           O'BRIEN

Activity Date: 01/31/2020                              Participant: LANEY

AMEND COMPLAINT OR PETITION - CONTINUED -

Date: 02/14/2020                    Judge: SHEAHAN, PATRICIA
Court Time: 0900                           O'BRIEN

Activity Date: 02/10/2020                              Participant: LANEY ERNEST

NOTICE OF MOTION FILED

Attorney: DERATANY JAY PAUL

Activity Date: 02/10/2020                              Participant: LANEY ERNEST

MOTION FILED

Attorney: DERATANY JAY PAUL

Activity Date: 02/14/2020                              Participant: LANEY

STRIKE OR WITHDRAW MOTION OR PETITION - ALLOWED -

Judge: SHEAHAN, PATRICIA
O'BRIEN

Activity Date: 02/14/2020                              Participant: LANEY

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 03/13/2020                    Judge: SHEAHAN, PATRICIA
Court Time: 0900                              O'BRIEN

Activity Date: 02/14/2020                              Participant: LANEY

DEFAULT - CONTINUED -

Date: 03/13/2020                    Judge: SHEAHAN, PATRICIA
Court Time: 0900                              O'BRIEN

Activity Date: 03/11/2020                          Participant: LANEY ERNEST

AMENDED COMPLAINT FILED

Attorney: DERATANY JAY PAUL

Activity Date: 03/11/2020                          Participant: LANEY ERNEST

NOTICE OF MOTION FILED

Attorney: DERATANY JAY PAUL

Activity Date: 03/13/2020                          Participant: LANEY ERNEST

AMENDED COMPLAINT FILED

Attorney: DERATANY JAY PAUL

Activity Date: 03/13/2020                              Participant: UBER

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Date: 03/27/2020                    Judge: SHEAHAN, PATRICIA
O'BRIEN

Activity Date: 03/13/2020                              Participant: LYFT INC

ADD AN ADDITIONAL DEFENDANT - ALLOWED -

Judge: SHEAHAN, PATRICIA
O'BRIEN

Activity Date: 03/13/2020                          Participant: LYFT INC

## ISSUE WRIT - ALLOWED -

Date: 03/13/2020                    Judge: SHEAHAN, PATRICIA O'BRIEN


Activity Date: 03/13/2020                          Participant: LANEY

## AMEND COMPLAINT OR PETITION - ALLOWED -

Date: 03/13/2020                    Judge: SHEAHAN, PATRICIA O'BRIEN


Activity Date: 03/13/2020                          Participant: LANEY

## CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Date: 05/01/2020                    Judge: SHEAHAN, PATRICIA O'BRIEN
Court Time: 0900


Activity Date: 03/27/2020                          Participant: UBER TECHNOLOGIES INC

## ANSWER FILED

Attorney: WILSON ELSER MOSKOWITZ


Activity Date: 04/02/2020                          Participant: LANEY ERNEST

## SUMMONS ISSUED AND RETURNABLE

Attorney: DERATANY JAY PAUL


Activity Date: 04/16/2020                          Participant: LANEY ERNEST

## ANSWER TO ADDITIONAL DEFENSE FILED

Attorney: DERATANY JAY PAUL


Activity Date: 04/16/2020                          Participant: LANEY ERNEST

## NOTICE OF FILING FILED

Attorney: DERATANY JAY PAUL

[Back to Top](#)

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

FILED DATE: 4/2/2020 9:48 AM 2019L009338

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS    (2-81) CCG-1 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

ERNEST LANEY,                        )
                                     )
                    Plaintiff,       )        No. 19 L 9338
                                     )
        v.                           )        **Please Serve:**
                                     )        Lyft Illinois, Inc.
JOHN DOE and UBER TECHNOLOGIES, INC., et al. )    c/o REGISTERED AGENT
                                     )        CT Corporation System
                                     )        208 South LaSalle Street, Suite 814
                                     )        Chicago, IL 60604
                    Defendants.      )

### SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS........................................, 2020

4/2/2020 9:48 AM DOROTHY BROWN
..............................................................
                Clerk of Court

Date of service.................................., 2020
(to be inserted by officer on copy
left with defendant or other person)

Atty No. 30900
Name THE DERATANY FIRM
Attorneys for Plaintiff
Address 221 N LaSalle Street, Suite 2200
City Chicago, Illinois 60601
Telephone (312) 857-7285
Fax: (312) 857-2004

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**Exhibit B**

FILED
3/13/2020 10:42 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L009338

8854643

**IN THE CIRCUIT COURT OF COOK COUNTY**
**COUNTY DEPARTMENT, LAW DIVISION**

ERNEST LANEY,                )
                                  )
           Plaintiff,         )     No. 2019L009338
                                  )
        v.                     )
                                  )     **JURY DEMANDED**
JOHN DOE, individually and as actual or    )
apparent agent of UBER TECHNOLOGIES, INC.  )
and/or LYFT, INC.; UBER TECHNOLOGIES,   )
INC., a Delaware Corporation; and LYFT, INC., a  )
Delaware Corporation, also d/b/a LYFT ILLINOIS, )
INC.,                              )
                                  )
          Defendants.      )

FILED DATE: 3/13/2020 10:42 AM   2019L009338

## SECOND AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, ERNEST LANEY, by and through his attorneys, THE

DERATANY FIRM, and complains of the Defendants, JOHN DOE, individually and as actual

or apparent agent of UBER TECHNOLOGIES INC. and/or LYFT, INC., UBER

TECHNOLOGIES INC., and LYFT, INC. also d/b/a LYFT ILLINOIS, INC., alleging as

follows:

### COUNT I – NEGLIGENCE
### (JOHN DOE)

1.     At all relevant times, Damen Avenue was a public roadway running in a general

north and south direction in the city of Chicago, county of Cook, Illinois.

2.     On or about September 27, 2018, between the hours of 5:00 p.m. and 5:36 p.m.,

the Plaintiff ERNEST LANEY was riding a bicycle northbound on Damen Avenue in the bicycle

lane next to the roadway of the northbound lane on the east side of Damen Avenue at or near the

address of 745 North Damen Avenue, Chicago, Illinois.

1

FILED DATE: 3/13/2020 10:42 AM    2019L009338

3.    At said time and place, the Defendant, JOHN DOE, who, on information and belief, was a white male, operated a car which stopped in the northbound moving traffic lane of Damen Avenue.

4.    At said time and place, Plaintiff was riding his bicycle in the bicycle lane approaching from behind Defendant's stopped car.

5.    At said time and place, Defendant JOHN DOE discharged a passenger by allowing the passenger's side rear door of Defendant's car to be opened into the bicycle lane by, on information and belief, a white male passenger, causing Plaintiff's bicycle to hit the open car door and resulting in Plaintiff being thrown from his bicycle.

6.    At said time and place, immediately following the collision, Defendant and his aforesaid passenger who opened the car door stated to the Plaintiff that Defendant's car was in Uber service and/or Lyft service at the time of the aforesaid collision.

7.    At said time and place, following the aforesaid collision, a woman who, on information and belief, was working at the Sprout Home store located at 745 N. Damen Avenue, assisted Plaintiff at the scene of the collision and allowed Plaintiff to wash up in her store and leave his bicycle tied to the post in front of the Sprout Home store.

8.    At said time and place, following the collision, at or about 5:36 p.m., Plaintiff used the Uber App on his mobile phone to obtain an Uber ride from the Sprout Home store to Plaintiff's home.

9.    At all relevant times, Defendant, JOHN DOE, owed the Plaintiff, ERNEST LANEY and all others on the roadway, a duty to exercise ordinary care in the operation of a car.

10.    Notwithstanding this duty, on or about September 27, 2018, the Defendant, JOHN DOE was negligent in one or more of the following respects:

2

a.     Failed to exercise due care in the operation of a motor vehicle to avoid colliding with a person operating a bicycle in violation of the Illinois Vehicle Code, 625 ILCS 5/11-1003.1;

b.     Stopped a motor vehicle on the roadway side of any vehicle stopped or parked at the curb of a street in violation of the Illinois Vehicle Code, 625 ILCS 5/11-303(a);

c.     Failed to exercise due care to avoid colliding with any person operating a bicycle in violation of the Municipal Code of Chicago, Section 9-40-160;

d.     Discharged a passenger of a motor vehicle allowing the passenger door of a motor vehicle stopped in the roadway to be opened on the side available to moving traffic or a bicycle lane without first checking that it was reasonably safe to open the car door in violation of the Municipal Code of Chicago, Section 9-80-035;

e.     Discharged a passenger of a motor vehicle stopped in the roadway on the side of the vehicle available to a bicycle lane; and

f.     Allowed the passenger door of a motor vehicle stopped in the roadway to be opened on the side available to a bicycle lane without first checking that it was reasonably safe to open the car door.

11.     That as a direct and proximate result of one or more of the above-mentioned negligent acts and/or omissions by the Defendant, JOHN DOE, the Plaintiff, ERNEST LANEY suffered injuries of a severe and permanent nature, and damages including but not limited to, disfigurement, pain and suffering, loss of a normal life, medical expenses and loss of income.

WHEREFORE, the Plaintiff ERNEST LANEY, demands judgment in his favor and against the Defendant, JOHN DOE, in an amount in excess of Fifty Thousand Dollars ($50,000), together with the costs of this lawsuit.

3

FILED DATE: 3/13/2020 10:42 AM 2019L009338

## COUNT II

### AGENCY/VICARIOUS LIABILITY - UBER TECHNOLOGIES INC.

1-11.   Plaintiff hereby restates and incorporates paragraphs 1-11 of Count I as paragraphs 1-11 of this Count II.

12.   At all relevant times, the Defendant, UBER TECHNOLOGIES INC. ("UBER"), was a corporation incorporated in the state of Delaware, registered as a foreign corporation in Illinois, qualified to business in Illinois, and doing business in Illinois.

13.   At all relevant times, the Defendant UBER made the driver version of its Uber App available for the use of the Defendant, JOHN DOE, such that the Uber App allowed the Defendant, JOHN DOE, to connect with potential riders paying for transportation services.

14.   At all relevant times, the Defendant JOHN DOE, in using the driver version of the Uber App, was representing the Defendant, UBER, with or without compensation for Defendant UBER, in providing transportation services to a third person, who as a fare-paying passenger of Defendant JOHN DOE's car opened the car door into the path of Plaintiff's bicycle being operated in the bike lane.

15.   At all relevant times, the Defendant JOHN DOE, in using the driver version of the Uber App, was doing an activity of providing transportation services to a third person, the aforesaid fare-paying passenger of Defendant JOHN DOE's car, as may reasonably be said to have been contemplated by the Defendant, UBER.

16.   At all relevant times the Defendant UBER, by and through its agent, JOHN DOE, owed the Plaintiff, ERNEST LANEY and all others on the roadway, a duty to exercise ordinary care in the operation of a car.

4

FILED DATE: 3/13/2020 10:42 AM    2019L009338

17.     That the Defendant, UBER, by and through its agent, JOHN DOE, breached that duty in one or more of the ways alleged in the above paragraph 10.

18.     That as a direct and proximate result of one or more of the above-mentioned negligent acts and/or omissions by the Defendant, UBER, by and through its agent, JOHN DOE, the Plaintiff, ERNEST LANEY suffered injuries of a severe and permanent nature, and damages including but not limited to, disfigurement, pain and suffering, loss of a normal life, medical expenses and loss of income..

WHEREFORE, the Plaintiff ERNEST LANEY, demands judgment in his favor and against the Defendant, UBER TECHNOLOGIES INC., in an amount in excess of Fifty Thousand Dollars ($50,000), together with the costs of this lawsuit.

## COUNT III

## AGENCY/VICARIOUS LIABILITY – LYFT, INC.

1-11.   Plaintiff hereby restates and incorporates paragraphs 1-11 of Count 1 as paragraphs 1-11 of this Count III.

12.     At all relevant times, the Defendant, LYFT, INC. ("LYFT"), was a corporation incorporated in the state of Delaware, registered as a foreign corporation in Illinois with the foreign assumed name Lyft Illinois, Inc., qualified to business in Illinois, and doing business in Illinois.

13.     At all relevant times, the Defendant LYFT made the driver version of its Lyft App available for the use of the Defendant, JOHN DOE, such that the Lyft App allowed the Defendant, JOHN DOE, to connect with potential riders paying for transportation services.

FILED DATE: 3/13/2020 10:42 AM 2019L009338

14.     At all relevant times, the Defendant JOHN DOE, in using the driver version of the Lyft App, was representing the Defendant, LYFT, with or without compensation for Defendant LYFT, in providing transportation services to a third person, who as a fare-paying passenger of Defendant JOHN DOE's car opened the car door into the path of Plaintiff's bicycle being operated in the bike lane.

15.     At all relevant times, the Defendant JOHN DOE, in using the driver version of the Lyft App, was doing an activity of providing transportation services to a third person, the aforesaid fare-paying passenger of Defendant JOHN DOE's car, as may reasonably be said to have been contemplated by the Defendant, LYFT.

16.     At all relevant times the Defendant LYFT, by and through its agent, JOHN DOE, owed the Plaintiff, ERNEST LANEY and all others on the roadway, a duty to exercise ordinary care in the operation of a car.

17.     That the Defendant, LYFT, by and through its agent, JOHN DOE, breached that duty in one or more of the ways alleged in the above paragraph 10.

18.     That as a direct and proximate result of one or more of the above-mentioned negligent acts and/or omissions by the Defendant, LYFT, by and through its agent, JOHN DOE, the Plaintiff, ERNEST LANEY suffered injuries of a severe and permanent nature, and damages including but not limited to, disfigurement, pain and suffering, loss of a normal life, medical expenses and loss of income..

WHEREFORE, the Plaintiff ERNEST LANEY, demands judgment in his favor and against the Defendant, LYFT, INC., in an amount in excess of Fifty Thousand Dollars ($50,000), together with the costs of this lawsuit.

6

Respectfully submitted,

s/*Gregory J. Olmstead*
One of Plaintiff's Attorneys

THE DERATANY FIRM
221 N. LaSalle Street, Suite 2200
Chicago, IL 60601
(312) 857-7285
Firm ID No. 30900
ARDC No. 6188659
olmstead@lawinjury.com

FILED DATE: 3/13/2020 10:42 AM 2019L009338

7


Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**              Thu, Apr 9, 2020

**Server Name:**       Steven Simon

**Location:**          Chicago, IL-CHI

Entity Served          Lyft Illinois Inc.

Agent Name

Case Number            2019L009338

Jurisdiction           IL-CHI



**Exhibit C**

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

*CP002*     *X001336062*

*IF YES TO COM VEH, COMPLETE COMMERCIAL MOTOR VEHICLE AREA ON BACK.

| 1 DRAC | 2 PEDV | 3 TRFD | 4 TRFC | 5 WEAT | 6 DRVA | 7 VIS | 8 VEHD | 9 LGHT | 10 COLL | 11 MANV | 12 PPA | 13 PPL | 14 TRFW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | 1 | 99 | 1 | 2 | 22 | 56 | 7 | 1 |
| U1 | U2 | | | | U1 | U2 | U1 | U1 | U2 | U1 | | | |

INVESTIGATING AGENCY: **CHICAGO POLICE DEPARTMENT**

37 DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY:
- ☐ $500 OR LESS
- ☐ $501 - $1,500
- ☒ OVER $1,500

TYPE OF REPORT 31
- ☐ ON SCENE
- ☒ NOT ON SCENE (DESK REPORT)
- ☐ AMENDED

35
- ☒ A No Injury / Drive Away 32
- ☐ B Injury and / or Tow Due to Crash

33 R.D. NUMBER: 2018 JB492119

CITY: **CHICAGO**
COUNTY: **COOK**

34 ADDRESS NO. 474 (CIRCLE) N E S W — HIGHWAY or STREET NAME **DAMEN AVE**

(CIRCLE) ☐ FT — M I N E S W
☐ AT INTERSECTION WITH (NAME OF INTERSECTION OR ROAD FEATURE)

INTERSECTION RELATED ☐Y ☒N
PRIVATE PROPERTY ☐Y ☒N
HIT & RUN ☐Y ☒N
DOORING WITH PEDAL/CYCLIST? ☒Y ☐N

36 DATE OF CRASH 09 / 27 / 2018  TIME 04 : 45 ☐AM ☐PM
38 NUMBER MOTOR VEHICLES INVLD: 
BEAT OF OCCURRENCE 1221
PHOTO(S) TAKEN ☒Y ☒N
STATEMENT(S) TAKEN ☒Y ☒N

| | 14 TRFW 1 |
| 15 VEHT | 99 |
| 16 NO LANES | 1 |
| 17 ALGN | 1 |
| 18 RSUR | 1 |
| 19 VEHU | 99 |

## UNIT 1

NAME: ☒DRIVER ☐PARKED ☐DRIVERLESS ☐PED ☐PEDAL ☐EQUES ☐NMV ☐NCV  39

(LAST, FIRST, MI)

STREET ADDRESS

CITY | STATE | ZIP

TELEPHONE: **NONE**
DRIVER LICENSE NO. **N/A** | STATE | CLASS

TAKEN TO | EMS AGENCY

DATE OF BIRTH mo / day / yr

SEX | SAFT 25 | EJECT 26

INJURY 27 | EJECT 28

VIN

MAKE **UNKNOWN**  MODEL **UNKNOWN**  YEAR

PLATE NO. | STATE **IL** | YEAR

CIRCLE NUMBER(S) FOR DAMAGED AREA(S)
- 00 - NONE
- 10 - UNDER CARRIAGE
- 11 - TOTAL (ALL AREAS)
- 12 - OTHER
- 99 - UNKNOWN
POINT OF FIRST CONTACT **99**

FRONT 8 1 2 / 9 / 7 3 / 6 5 4 REAR

| | Y | N |
|---|---|---|
| TOWED DUE TO CRASH | | ☒ |
| FIRE | | ☒ |
| CELLPHONE | | ☒ |
| EXCEED SPEED LIMIT | | ☒ |
| COM VEH | | ☒★ |

* IF YES SEE SIDEBAR

VEHICLE OWNER (LAST, FIRST M.I.) **UNKNOWN**
OWNER ADDRESS (STREET, CITY, STATE, ZIP)
INSURANCE CO. **UNKNOWN**
TELEPHONE **NONE** | POLICY NO.

| U2 | |
| 20 RDEF | 1 |

## UNIT 2

NAME: ☐DRIVER ☐PARKED ☐DRIVERLESS ☐PED ☒PEDAL ☐EQUES ☐NMV ☐NCV  39
**LANEY IV, ERNEST, J.**
(LAST, FIRST, MI)

STREET ADDRESS **RedactedRedacted**

CITY **CHICAGO** | STATE **IL** | ZIP **606█**

TELEPHONE **Redacted**
DRIVER LICENSE NO. **N/A** | STATE | CLASS

TAKEN TO | EMS AGENCY

DATE OF BIRTH mo / day / yr

SEX **M** | SAFT 25 **5** | EJECT 26

INJURY 27 **0** | EJECT 28 **2**

VIN

MAKE | MODEL | YEAR

PLATE NO. | STATE | YEAR

CIRCLE NUMBER(S) FOR DAMAGED AREA(S)
- 00 - NONE
- 10 - UNDER CARRIAGE
- 11 - TOTAL (ALL AREAS)
- 12 - OTHER
- 99 - UNKNOWN
POINT OF FIRST CONTACT

FRONT 8 1 2 / 9 / 7 3 / 6 5 4 REAR

| | Y | N |
|---|---|---|
| TOWED DUE TO CRASH | | ☒ |
| FIRE | | ☒ |
| CELLPHONE | | ☒ |
| EXCEED SPEED LIMIT | | ☒ |
| COM VEH | | ☐★ |

* IF YES SEE SIDEBAR

VEHICLE OWNER (LAST, FIRST M.I.)
OWNER ADDRESS (STREET, CITY, STATE, ZIP)
INSURANCE CO.
TELEPHONE | POLICY NO.

| 21 BAC | |
| U1 | 96 |
| U2 | 96 |
| 22 OCCS | |

| (UNIT) | (SEAT) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) | 40 PASSENGERS & WITNESSES ONLY (NAME) / (ADDR) / (TEL) | 41 (HOSP) | 42 (EMS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 6 | / / | X | 25 9 | 26 9 | 27 0 | 28 9 | **UNKNOWN /    , , IL, /** | | |
| | | / / | | | | | | | | |
| | | / / | | | | | | | | |
| | | / / | | | | | | | | |

| U1 | 1 |
| U2 | |
| 23 DIRP | 1 |
| U2 | |

## UNIT 1

| UNIT | (EVNO) | (MOST) | (EVNT) | (LOC) |
|---|---|---|---|---|
| 1 | | ☒ 29 | 13 30 | 1 |
| 2 | | ☐ | | |
| 3 | | ☐ | | |

43 DAMAGED PROPERTY OWNER NAME | DAMAGED PROPERTY
PROPERTY OWNER ADDRESS | CITY | STATE | ZIP
44 ARREST NAME | SECTION | CITATION NO.

## UNIT 2

| UNIT | (MOST) | (EVNT) | (LOC) |
|---|---|---|---|
| 1 | ☒ | 13 | 1 |
| 2 | ☐ | | |
| 3 | ☐ | | |

ARREST NAME | SECTION | CITATION NO.

CONTRIBUTORY CAUSE(S)
PRIMARY **01**
SECONDARY **99**

POSTED SPEED LIMIT **25**

45 DATE POLICE NOTIFIED 10 / 27 / 2018  TIME NOTIFIED 11 : 03 ☒AM ☐PM

DID CRASH OCCUR IN A WORK ZONE? ☐Y ☒N
IF YES CHECK ONE BELOW:
- ☐ CONSTRUCTION
- ☐ MAINTENANCE
- ☐ UTILITY
- ☐ UNKNOWN WORK ZONE TYPE
WORKERS PRESENT? ☐Y ☒N

46 STAR NO. **C119081** | SIGNATURE **JEFFERSON, WANDA** | 47 BEAT **1702** | 48 SUPERVISOR SIGNATURE/STAR NO. **P. KONTIL / 1391**

COURT DATE mo / day / yr | COURT TIME : ☐AM ☐PM

Printed by authority of the State of Illinois
SR 1050C JANUARY 2013

**REMEMBER TO USE BLACK INK, PRESS HARD, PRINT LEGIBLY AND COMPLETE ALL REQUIRED FIELDS!**

Exhibit D

X001336062     JB492119

49 DIAGRAM

INDICATE NORTH
BY ARROW

1  2

## COMMERCIAL MOTOR VEHICLE (CMV)

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A
ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:

1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or

2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or

3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter   usually a van type vehicle or passenger car); or

4. Is used or designated to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or

5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER  NAME _____

ADDRESS _____

_____

CITY/STATE/ZIP _____

54 **USDOT NO.** _____ ILCC NO. _____

52 Source of above info. ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book

53 Gross Vehicle Weight Rating (GVWR)_____

Were  HAZMAT  placards  displayed  on  the  vehicle?   ☐ Y    ☐ N

55   If yes, name on placard _____

4-digit UN no. _____ 1-digit Hazard Class no. _____

Did HAZMAT spill from the vehicle (do not consider fuel from the vehicle's own tank)?   ☐ Y    ☐ N    ☐ UNK

Did HAZMAT Regulations violation contribute to the crash?
☐ Y    ☐ N    ☐ UNK

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash?   ☐ Y    ☐ N    ☐ UNK

Was a Driver/Vehicle Examination Report form completed?
HAZMAT  ☐ Y  ☐ N  ☐ UNK  Out of Service? ☐ Y  ☐ N
MCS   ☐ Y  ☐ N  ☐ UNK  Out of Service? ☐ Y  ☐ N
Form No. _____

56 IDOT PERMIT NO. _____ WIDE LOAD? ☐ Y ☐ N

TRAILER WIDTH(S):   0 96"   97 102"   >102"
57   TRAILER 1 ☐       ☐       ☐
     TRAILER 2 ☐       ☐       ☐

TRAILER LENGTH(S): 1 _____ ft     TRAILER 2 _____ ft
TOTAL VEHICLE LENGTH _____ ft     NO. OF AXLES _____
CRASH LOCATION: ☐ CITY OF   OR   ☐ NEAREST CITY
_____ MILES  N  E  S  W  OR     CHICAGO
                CIRCLE ONE              CITY NAME

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION _____
CARGO BODY TYPE _____     LOAD TYPE _____

---

**50 NARRATIVE (Refer to vehicle by Unit No.)**

EVENT #06169 - IN SUMMARY, UNIT 2 CAME INTO DISTRICT RELATING THAT HE WAS RIDING HIS BICYCLE NB ON DAMEN AVENUE WHEN UNIT 1'S (UNKNOWN) PASSENGER DOOR OPENED AND HIT UNIT 2 CAUSING UNIT 2 TO LAND ON THE GROUND AND OBTAIN ASSISTANCE FROM A STORE OWNER FROM SPROUT STORE LOCATED 745 N. DAMEN.  UNIT 2 FURTHER RELATES HE DID NOT OBTAIN ANY INFORMATION ON THE VEHICLE NOR DID HE GO TO THE HOSPITAL ON THE DAY OF THE ACCIDENT.
UNIT 2 RELATES THAT HE DID NOT GO TO THE HOSPITAL UNTIL A COUPLE OF DAYS LATER BECAUSE HE COULDN'T WALK.
NOTE:  BECAUSE OF INJURIES UNIT 2 COULD NOT COME IN TO PERFORM REPORT.

---

| 59 HIT & RUN WANTED DRIVER | SEX - RACE | AGE | HAIR COL | DISTINGUSHING MARKS / CLOTHING DESCRIPTION | | UNIT NO. | VEH. COLOR |
|---|---|---|---|---|---|---|---|

| MAIU ONLY | OFICER ASSIGNED STAR NO. | | DATE ASSIGNED | | SUPV. STAR NO. | IF CASE CLEARED HOW ☐ ARREST PROSECUTION | | CITATION NO. |
|---|---|---|---|---|---|---|---|---|

| COURT RM. | COURT DATE | | TIME | AM PM | CHARGES ☐ EXC. CLEARED | | |
|---|---|---|---|---|---|---|---|

| SUSPENDED | ☐ TIM CANNOT ID OFFENDER ☐ LETTER TO CONTACT RETURNED BY POST OFF ☐ VEH. REGISTRATION UNAVAILABLE | ☐ NO INVESTIGATIVE LEADS ☐ WARRANT OBTAINED ☐ INSUFFICIENT EVIDENCE FOR ARREST | ☐ VEH. STOLEN-RD NO. ☐ OTHER (Specify) |
|---|---|---|---|

| PREPARED BY - SIGNATURE | | STAR NO. | DATE (Day-Mo.-Yr.) | APPROVED SIGNATURE | | STAR NO. |
|---|---|---|---|---|---|---|



Office of the Secretary of State Jesse White

# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 68099188 |
| Entity Name | UBER TECHNOLOGIES, INC. |
| Status ACTIVE | |

### Entity Information

**Entity Type**
CORPORATION

**Type of Corp**
FOREIGN BCA

**Qualification Date (Foreign)**
Tuesday, 18 October 2011

**State**
DELAWARE

**Duration Date**
PERPETUAL

### Agent Information

**Name**
C T CORPORATION SYSTEM

**Address**

<span style="color:red">**Exhibit E**</span>

208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Friday, 1 April 2016

## Annual Report

Filing Date
Friday, 13 December 2019

For Year
2019

## Officers

President
Name & Address
DARA KHOSROWSHAHI 1455 MARKET ST SAN FRANCISCO CA 94103

Secretary
Name & Address
TONY WEST SAME

Return to Search

File Annual Report

Adopting Assumed Name

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.     Fri May 08 2020

Case: 1:20-cv-02811 Document #: 1-1 Filed: 05/08/20 Page 20 of 21 PageID #:28



Office of the Secretary of State Jesse White
CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 69753604 |
| Entity Name | LYFT, INC. |
| Foreign Assumed Name | LYFT ILLINOIS, INC. |
| Status ACTIVE | |

## Entity Information

Entity Type
CORPORATION

Type of Corp
FOREIGN BCA

Qualification Date (Foreign)
Thursday, 16 October 2014

State
DELAWARE

Duration Date
PERPETUAL

## Agent Information

**Exhibit F**

Name
C T CORPORATION SYSTEM

Address
208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Wednesday, 20 September 2017

## Annual Report

Filing Date
Tuesday, 28 January 2020

For Year
2019

## Officers

President
Name & Address
JOHN ZIMMER 185 BERRY ST STE 5000 SAN FRANCISCO CA 94107

Secretary
Name & Address
KRISTIN SVERCHEK 185 BERRY ST #5000 SAN FRANCISCO CA 94107

Return to Search

File Annual Report

Adopting Assumed Name

Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.                    Fri May 08 2020

https://www.ilsos.gov/corporatellc/CorporateLlcController                                                                                2/2