# In The United States District Court
## For The Northern District of Illinois

| | |
|---|---|
| ERNEST LANEY,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE, Individually and as actual or apparent agent of UBER TECHNOLOGIES, INC. and/or LYFT, INC.; UBER TECHNOLOGIES, INC., a Delaware Corporation; and LYFT, INC., a Delaware Corporation, also d/b/a LYFT ILLINOIS, INC.,<br><br>                Defendants. | Case Number 20-cv-02811<br><br>Judge Charles P. Kocoras |

## NOTICE OF STIPULATED DISMISSAL OF DEFENDANT, LYFT, INC.

NOW COMES the Plaintiff, ERNEST LANEY, by and through his attorney GREG OLMSTEAD, of the Dertany and Kosner, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), states as follows:

1. Plaintiff, ERNEST LANEY, hereby voluntarily dismisses Defendant, LYFT, INC., from this matter, without prejudice.

                                            Respectfully submitted,

                                            ERNEST LANEY

                                            By: <u>s/ Gregory Olmstead</u>
                                                        His Attorney

                                            Gregory Olmstead
                                            Deratany & Kosner
                                            221 N. LaSalle, Suite 2200
                                            Chicago, IL 60601
                                            (312) 857-7285
                                            olmstead@lawinjury.com

9548427